

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-17-2010

# Ian Lemons v. Atl Cty PD

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-1576

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Ian Lemons v. Atl Cty PD" (2010). *2010 Decisions.* Paper 1877.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1877

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1576
_____

IAN D. LEMONS,

                            Appellant

v.

ATLANTIC CITY POLICE DEPT.;
DET. JOSEPH M. RAUCH; SGT. JAMES HERBERTO
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 06-CV-03440)
District Judge:  Honorable Renée Marie Bumb
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
August 27, 2009

Before: MCKEE, FISHER and CHAGARES, <u>Circuit</u> <u>Judges</u>

ORDER AMENDING OPINION

_____

*Per curiam*:

      The mandate issued on October 14, 2009, in the above-captioned appeal is hereby recalled.  The *per curiam* opinion in the above-captioned appeal, filed on September 22, 2009, is amended as follows:

At page 2, line 13, delete "against" and insert "in favor of."

At page 3, line 20, delete "denying" and insert "granting."

These amendments do not change the disposition of the case or the filing date of September 22, 2009. The Clerk is directed to issue the mandate forthwith.


DATED: February 17, 2010